UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIO CAICEDO and CARLOS
CAICEDO, JR., as Co-Personal
Representatives of The ESTATE of CARLA
STEFANIAK,

    Plaintiffs,

v.                                               Case No. 8:19-cv-147-T-27CPT

AIRBNB, INC., and VILLA LE MAS a/k/a
LA MARES a/k/a VILLA BUENA VISTA,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendant AIRBNB, INC.'s Agreed Motion to Stay (Dkt. 13). The Motion is **GRANTED** and this case is **STAYED** pending arbitration. The Clerk is directed to terminate any pending motions and **CLOSE** the file.

**DONE AND ORDERED** this 18th day of April, 2019.

                                                           JAMES D. WHITTEMORE
                                                           United States District Judge

Copies to:
Counsel of Record